In the Matter of the Assignment of ISRAEL YEAGER *et al.* to HENRY EISNER for the Benefit of Creditors.

[SPECIAL TERM.]

(Decided June 25th, 1878.)

Until there has been an accounting by an assignee for the benefit of creditors, the assignee and the sureties on his bond will not be discharged, even after a composition by all the creditors.

APPLICATION by an assignee under a general assignment for the benefit of creditors for the discharge of himself and the sureties on his bond.

The application was made upon the petition of Henry Eisner, the assignee, showing that a composition agreement had been signed by all the creditors of the assignors, Israel Yeager and Seligman Bauer, that they had all received the amounts payable to them respectively upon the composition, and had consented in writing that the assignee reconvey to the assignors the assigned property ; and the petitioner asked leave so to reconvey, and that he and his sureties should be discharged. No notice to creditors to present their claims to the assignee appeared to have been published.

VAN HOESEN, J.—On this application the release can only be from liability to the compounding creditors, who appear and who have been cited to appear on this application. If the bond is to be cancelled and the sureties discharged, there must be an accounting. It will be merely formal, perhaps, but it

must be had.   The court will not discharge the bond, except after an accounting.

Application denied.

Until there has been an accounting by an assignee for the benefit of creditors, the assignee and the sureties on his bond will not be discharged, even *pro tanto*, from liability as to creditors who have executed a general release upon a composition with the assignor.